**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**IN RE:** **CASE NO. 11-13291**

**CQMS RAZER (USA) LLC**

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

NOW INTO COURT, comes the Trustee, who represents as follows:

1. Trustee made final distribution in this case.

2. One or more distribution checks remain un-negotiated and more than 90 days has passed since final distribution was made.

3. In accordance with Section 347(a) of the Bankruptcy Code, Trustee stopped payment on all checks remaining unpaid.

4. Trustee hereby remits to the Clerk of Court one check in the amount of **$12,958.50**, representing the aggregate amount of all unpaid checks.

5. In accordance with Bankruptcy Rule 3011, Trustee files the attached list of the names and addresses, as far as known, of the persons entitled to the money deposited with the Clerk and the respective amounts payable to them. Amounts shown remain unclaimed and should be treated in the manner provided in Section 347 of the Bankruptcy Code.

6. All other distribution checks have been negotiated, returned by the bank and are in the possession of Trustee.

Date: March 22, 2017.

Respectfully submitted,

/s/ John S. Hodge

John S. Hodge, Trustee
P.O. Box 13
Shreveport, LA 71161
Telephone: (318) 226-9100

# Register of Unclaimed Funds

## Case: 11-13291 CQMS RAZER (USA) LLC

Claims Bar Date: 06/15/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | RedBall Oxygen Co, Inc.<br>POB 7316<br>Shreveport, LA 71137-7316<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>03/23/12 | | $98,113.86<br>$95,664.32 | $3,057.06 | $92,607.26 |
| 28 | DeSoto Regioinal Health System<br>207 Jefferson Street<br>Mansfield, LA 71052<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>04/02/12 | | $8,501.00<br>$5,625.00 | $179.75 | $5,445.25 |
| 50 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>05/24/12 | | $746.08<br>$746.08 | $23.84 | $722.24 |
| 53 | Nexus Wireless<br>2902 Evangeline St<br>Monroe, LA 71201<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>05/31/12 | | $2,088.00<br>$696.00 | $22.24 | $673.76 |
| 132 | effective logistics management llc dba elm llc<br>1 bradley road<br>andover, MA 01810<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>06/15/12 | | $5,435.68<br>$5,435.68 | $173.70 | $5,261.98 |
| 165 | Simon George Keggen<br>479 Laketower Drive Apt 212<br>Lexington, KY 40502<br><710000 General Unsecured 726(a)(2)>, 610 | Unsecured<br>06/15/12 | | $519.90<br>$519.90 | $16.61 | $503.29 |
| 147 | Spaid Consulting, LLC<br>2114 Rain Lake Trail<br>Crosby, TX 77532<br><720000 Tardy General Unsecured 726(a)(3)>, 620 | Unsecured<br>06/18/12 | | $9,485.30<br>$9,485.30 | $9,485.30 | $0.00 |
| | | | | **Case Total:** | **$12,958.50** | **$105,213.78** |